IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| AUBREY BETTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 308-038 |
| ) | |
| RALPH KEMP, Warden at Wheeler ) | |
| Correctional Facility, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief is **DENIED**. (Doc. nos. 10-1, 10-2).

SO ORDERED this 4th day of September, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE